<u>**UNPUBLISHED**</u>

**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

────────────

**No. 02-1871**

────────────

EMMETT W. CALDWELL,

                                        Plaintiff - Appellant,

        versus

TOWN OF CARY POLICE DEPARTMENT; RANDALL
SWALLOW, Cary Police Officer; STEVEN WILKINS,
Cary Police Officer; JERRY MCCORMICK, Cary
Police Officer; TOWN OF CARY; GREGORY RAMAGE,

                                        Defendants - Appellees.

────────────

**No. 02-7066**

────────────

EMMETT W. CALDWELL,

                                        Plaintiff - Appellant,

        versus

S. D. WILKINS, Cary Police Officer; OFFICER
SPARROW, Cary Police Officer; TOWN OF CARY,

                                        Defendants - Appellees.

────────────

Appeals from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  W. Earl Britt, Senior
District Judge. (CA-02-178-7-BR, CA-01-274-5-BR)

Submitted:  November 21, 2002        Decided:  December 11, 2002

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Emmett W. Caldwell, Appellant Pro Se. Jeffrey Allen Doyle, Jennifer Susan Jerzak, HEDRICK, EATMAN, GARDNER & KINCHELOE, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Emmett W. Caldwell appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2000) complaints. We have reviewed the records and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Caldwell v. Town of Cary Police Dep't, No. CA-02-178-7-BR (E.D.N.C. July 11, 2002); Caldwell v. Wilkins, No. CA-01-274-5-BR (E.D.N.C. filed May 10, 2002 & entered May 13, 2002; filed July 10, 2002 & entered July 17, 2002). Caldwell's request for additional time to file a supplemental informal brief is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED